IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

AHMAD S. LINTON,

       Petitioner,

v.                                                                     CIVIL ACTION NO.: 3:20-CV-34
                                                                                  (GROH)

WARDEN, FCI Gilmer

       Respondent.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Now before the Court are the *pro se* Petitioner's Motions for an Extension of Time. ECF No. 18, 19. Therein, the Petitioner requests an extension of his deadline to submit objections to Magistrate Judge Robert W. Trumble's Report and Recommendation. In support, the Petitioner avers that he needs additional time because FCI Gilmer went into lockdown on January 31, 2022, and remains on lockdown. The Petitioner does not have access to a computer or the law library, which prevents him from developing his objections.

Objections to Magistrate Judge Trumble's R&R are due within fourteen plus three days of the Petitioner being served with a copy of the same. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Service was accepted by the *pro se* Petitioner on February 8, 2022. ECF No. 17. The Petitioner's current deadline is February 25, 2022.

Finding good cause, the Court hereby **GRANTS** the Petitioner's Motions for Extension of Time. ECF Nos. 18, 19. The Petitioner shall have until **March 25, 2022,** to file any objections to the R&R. Failure to timely file objections will result in a waiver of the right to appeal from a judgment of this Court based upon the R&R.

The Clerk is **DIRECTED** to mail a copy of this Order to the *pro se* Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED:** February 23, 2022

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE